LYLE D. SOLOMON, SBN: 226025
P.O. Box 1411
Rocklin, CA  95677
(916) 532-2726

Attorney for Plaintiff, Donald Hubbard

JEFFREY D. MITCHELL, SBN 149003
RONALD J. SCHOLAR, SBN 187948
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 CAPITAL MALL, 27TH FLOOR
SACRAMENTO, CA  95814
(916) 321-4500
Attorneys for Defendants, FAIR OAKS WATER DISTRICT,
TOM GRAY, SHAWN HUCKABY, (erroneously sued as
SHANE HICKABY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HUBBARD, | Case no.   2:09-CV-02275-FCD-KJM |
| Plaintiff | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |
| -vs- | |
| FAIR OAKS WATER DISTRICT, a municipal utility an entity; TOM GRAY, an individual; SHANE HICKABY, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

## RECITALS

WHEREAS, Defendants have filed an answer to the complaint in this action;

WHEREAS, federal rules of civil procedure provide that an action cannot be dismissed once an answer has been filed by defendants other than by stipulation of the parties or an order of the court;

THEREFORE, The parties and their respective attorneys of record do stipulate, agree, and request that the court order this action, in its entirety, be dismissed without prejudice.

1 | Dated: 10/1/09

2 | By: /s/ Lyle D. Solomon
3 | LYLE D. SOLOMON
  | SBN 226025
  | ATTORNEY FOR PLAINTIFF
4 | DONALD HUBBARD

Dated: 10/1/09

By: /s/ Ronald J. Scholar
RONALD J. SCHOLAR
SBN 187948
ATTORNEY FOR DEFENDANTS,
FAIR OAKS WATER DISTRICT,
TOM GRAY, SHAWN HUCKABY,
(erroneously sued as SHANE HICKABY)

**IT IS SO ORDERED.**

Dated: October 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE